1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JON JOLLY,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br><br><br><br>**PEPSICO, INC.,** a North Carolina corporation**,**<br><br>*Defendant.* | Civil Action No.: 06 CV 0802-BTM(RBB)<br><br>**[PROPOSED]** **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)]** |

HAVING CONSIDERED the Joint Motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED THAT:** The above-entitled action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: May 1, 2007.            _____
                    **THE HON. BARRY TED MOSKOWITZ**
                    **UNITED STATES DISTRICT COURT JUDGE**

_____

ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE
Civ. Action No. **06 cv 0802-BTM (RBB)**
Page 1 of 1